FILED
U.S. District Court
District of Kansas

JUN 2 5 2026

Clerk, U.S. District Court
By_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

K.V.Venugopal Reddy                              )
                                                 )
_____                )
                                                 )
_____                )
(Enter above the full name of the Plaintiff(s)   )
                                                 )    2:26-cv-02372-JMK-JBW
vs.                                              )
                                                 )
Waddell and Reed, Inc.                           )
Name                                             )
1055, LPL Way                                    )
Street and number                               )
Fort Mill, South Carolina, 29715                 )
City          State          ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.    Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.    Name of plaintiff K.V,Venugopal Reddy

Address #1, 8th Main, 4th Cross, Ganesha Block

Mahalakshmi Layout, Bangalore - 560096, India

1

## DEFENDENT 1

WADDELL AND REED, INC
ADDRESS WHEN I WAS EMPLOYED

6300, LAMAR AVENUE
OVERLAND PARK
SHAWNEE MISSION
KANSAS - 66202
UNITED STATES

CURRENT ADDRESS
1055, LPL WAY
FORT MILL, SOUTH CAROLINA
29715, UNITED STATES

## DEFENDENT 2

LPL FINANCIAL LLC

1055, LPL WAY
FORT MILL, SOUTH CAROLINA
29715, UNITED STATES

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.    Defendant  Waddell and Reed, Inc.                                               is

      employed at  Located at, 1055, LPL Way, Fort Mill

      South Carolina, 29715

C.    Additional Defendants  LPL Financial LLC

      Located at, 1055, LPL Way, Fort Mill

      South Carolina, 29715


II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

    1.    Plaintiff is a citizen of the State of _____Kansas_____.

    2.    The first-named defendant above is either

        a.  a citizen of the State of ____South Carolina____; or

        b.  a corporation incorporated under the laws of the State of

            ___South Carolina___ and having its principal place of business

            in a State other than the State of which plaintiff is a citizen.


    3. The second-named defendant above is either

        a.    a citizen of the State of ___South Carolina___; or

        b.    a corporation incorporated under the laws of the State of

        South Carolina and having its principal place of business in a

        State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.    (If applicable)   Jurisdiction founded on grounds other than diversity
(Check any of the following which apply to this case).

☑ 1.    This case arises under the following section of the Constitution of
the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article  15  , Section 78o-6 ;
Statute, US Code, Title  15  , Section 78o-6 .

☐ 2.    This case arises because of violation of the civil or equal rights,
privileges, or immunities accorded to citizens of, or persons within
the jurisdiction of, the United States (28 U.S.C. §1343).

☑ 3.    Other grounds (specify and state any statute which gives rise to such
grounds):

SEC Whistleblower Anti-Retaliation Statutes

Title 15, U.S.C - 78o-6 and FINRA Rules

Securities Analysts and Research Reports

See Additional Sheet Answer to this Section.

III.    Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to
relief.   State what each defendant did that violated the right(s) of the plaintiff, including
dates and places of such conduct by the defendant(s).   Do not set forth legal arguments.
If you intend to allege more than one claim, number and set forth each claim in a separate
paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement
of the claim[s].)

See Additional Sheet Answer to this Section

Exhibits 2a -- Chronology of Facts and Events that happened to me at

Waddell and Reed, Inc. from 1998 to Jan. of 2002.

Exhibit 2b -- Statement of Claim for SEC Whistleblower Retaliation Complaint

IV.    Relief:

(State briefly exactly what judgement or relief you want from the Court.   Do not make
legal arguments.)

3

Double back Pay and Front Pay with Interest and Reinstatement from

1998 to end of 3Q of 2002 and from the end of 3Q of 2002 to current date.

V.  Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [X]  No [ ]

VI.  Do you claim actual damages for the acts alleged in your complaint? Yes [X]  No [ ]

VII.  Do you claim punitive monetary damages?  Yes [X]  No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

See Additional Sheet Answer to this Section

Exhibit 3a -- Damages from 1998 to end of 3Q of 2002, excluding interest

Exhibit 3b -- Damages from the end of 3Q of 2002 to current date, excluding

interest. Exhibit 3c -- Internal Control of an Analyst's Stock Recommendations.

I am entitled to Punitive Damages as I was subject to a Hostile Work

Environment. I will leave it upto the Jury to award me Punitive Damages.

4

VIII.    Administrative Procedures:

A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐  No ☒

B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

Initially Reported Retaliation Claim to the SEC, on 12/22/2003. Refiled my

Initial Original Complaint with the SEC, under Dodd Frank Act of 2010, on

06/05/2026.  The SEC Retaliation Claim is Pending for Prosecution, SEC

C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

_____

_____

_____

IX.    Related Litigation:

Please mark the statement that pertains to this case:

☐    This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☑    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

K.V.Venugopal Reddy
Name (Print or Type)

#! 8th Main 4th Cross Ganesha Block
Address

5

Bangalore, Karnataka, 560096

City          State          Zip Code

(997) 287-8682

Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☒ Kansas City , or ☐ Topeka} , Kansas as the
(Select One)

location for the trial in this matter.

Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒ Yes or ☐ No }
(Select One)

Signature of Plaintiff

Dated: 06/22/2026
(Rev. 10/15)

6